```
           BRACHFELD AND SHEPPARD
           ATTORNEY FOR THE PLAINTIFF
              23586 CALABASAS RD, SUITE 103
   1          CALABASAS, CA  91302
              818-222-2868
   2        Attorneys for the Plaintiff
```


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            COURT NO: 92 91A20660
             Plaintiff,

        v.                           DEFAULT JUDGMENT

MICHAEL JOHNSON

             Defendant(s).
_____/

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from MICHAEL JOHNSON

the sum of $603.62 as principal, $23.96 as accrued prejudgment interest, $227.00 administrative charges, and $45.00 costs, plus $250.00 attorney fees for a total amount of $1,149.58, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JUL 3 0 1992

                                LEONARD A. BROSNAN, CLERK
                                U.S. District Court
                                Central District of California

                                By: 
                                    Deputy Clerk